Benjamin D. Ritholz, Appellant, v. Yellow Cab
Company et al., Appellees.

Gen. No. 42,437.

opinion
filed July 2, 1943. Julius S. Neale, for appellant; Jesmer & Jesmer and
Edwin A. Halligan, for certain appellees; Edwin A. Halligan and
Samuel M. Lanoff, of counsel; Rawlins & Wright, for certain other
appellee; Fay Warren Johnson, of counsel. Opinion by JUSTICE
MATCHETT. "Not to be published in full."